## IN THE UNITED STATES DISTRICT COURT
## FOR MIDDLE DISTRICT OF TENNESSEE
## AT COLUMBIA

| | | |
|---|---|---|
| **TIMOTHY G. TRIPP** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:23-cv-00088** |
| | ) | **Campbell/Holmes** |
| **AMBER E. BAILEY** | ) | |

## O R D E R

By Order entered March 18, 2024 (Docket Entry No. 6), the Court directed the Clerk to send to Plaintiff a service packet, which Plaintiff was to complete and return within 30 days of the date of the Order so that process could issue to the Defendant. The case docket for the case does not show that a service packet has been returned.

**Accordingly, Plaintiff must, by no later than <u>October 25, 2024</u>, SHOW CAUSE by filing a statement with the Court as to why this case should not be dismissed for his failure to return a completed service packet as directed by the Court.**

The Clerk is **DIRECTED** to include a copy of the docket sheet for this case along with this Order.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge