IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| TIMOTHY G. TRIPP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 1:23-cv-00088 |
| | ) | |
| AMBER E. BAILEY, | ) | JUDGE CAMPBELL |
| | ) | MAGISTRATE JUDGE HOLMES |
| Defendant. | ) | |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 9), which was filed on October 16, 2024. Through the Report and Recommendation, the Magistrate Judge recommends that this action be dismissed without prejudice under Rules 4(m) and 41(b) of the Federal Rules of Civil Procedure for failure to effect service of process and failure to prosecute. On September 27, 2024, the Magistrate Judge ordered Plaintiff to show cause no later than October 25, 2024, as to why his case should not be dismissed for his failure to return a completed service packet as directed by the Court. (Doc. No. 7). The show cause Order and the Report and Recommendation were sent to Plaintiff's address of record; both were returned as undeliverable. (*See* Doc. Nos. 8, 10). Unsurprisingly, Plaintiff did not respond to the show cause order or file objections to the Report and Recommendation.

The Court has reviewed the Report and Recommendation and concludes it should be adopted and approved. Accordingly, this action is **DISMISSED** without prejudice.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE